W:16-CR-39 (1)

Daniel Thomason Smith
F.C.C. Beaumont (LOW)
Reg. # 29163-380
P.O. Box 26020
Beaumont, Texas 77720

*If tt someone to tell Orlando Garcia) or alias Moses to release me.*

Tom Rickhoff
Lamar Smith

*designed to be tried*

This is Danny 'from Sonterra'. Please heed Documents enclosed. Some Briefs not included, but mentioned below, and findable on/in Docket in Waco (FED.) Help Me, Help Me. To Date, Case 6:20CV626 is LIVE Action and consists of some 150 Pages.(of mine) This is Fraud from the beginning, and then Proven that I NEVER committed 'their' stupid Medicare Fraud, and so when I took it to Trial, they slammed me with stacking of additional bla, bla...

*A except the trial designed bla, bla, bla....*
*to concoct a victim was there in S.A.*
*Everything*
*Tom,*

I write to you for purpose to alert your office staff, and you of the evidence enclosed whereby realization of Felony and Treason to the Constitution on the part of certain federal judges has occurred. In addition to the document(s) enclosed, I would hope that you will heed the Motion(s), Brief(s), Writ(s), and Affidavit(s) filed in the Western District of Texas, and specifically the San Antonio venue + Waco to clearly see the overly affirmed points of attack for proof of my actuel innocence of the violation(s) of federal criminal statutory codes for which I have been (Fraudulently) convicted. (Emphasis Added)

To date, the document(s) have been evaded, which have all entered LIVE Docketed Action, since July of 2020, and are listed to wit:

Motion 'in the form of' Title 28 U.S.C. Section 2255
Motion To Compel Newly Discovered Evidence & Year 2020 Synopsis/Addendum
Dispositive Motion In Ex Parte Applicability
Motion To Compel Judicial Cognizance
Writ Of Error & An Affidavit Of Error-In-Fact & Affidavit For Regress/Release/Recoupment
PART II Writ Of Error & An Affidavit Of Error-In-Fact & Affidavit For Regress/Release/Recoupment

Now this enclosed PART III of above name mentioned.
+ Now Quasi-Main Motion As Intro. + Motion For Governmental OPPOSITION...
So, your intervention is called upon for correction to this Fraud.

Thank you for your time as I look forward to hearing from you. And Now Motion In/For Governmental Opposition By Illustration Of Manifest Injustice, with Evidence Based Exculpatory, Vindicating Affirmation.

Submitted with utmost Sincerety

**FILED**

5/2/2021

U.C.C. 1-308

AUG 0 2 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Without Prejudice   Daniel Thomason Smith(c)

*Tom Rickhoff Lamar Smith*

F.C.C. Beaumont (LOW)
Reg. # 29163-380
P.O. Box 26020
Beaumont, Texas 77720

Senator Dick Durbin

Please heed Documents enclosed for serious review. Many Briefs are not included, but mentioned below, and findable on/in Docket in Waco (Fed.) Help Me, Senator, Help Me. To Date, Case 6:20CV626 is LIVE, Action and consists of some 150 Pages. *Mine. not including gov't. opposition.*

*timothy, these are pieces of this case.*

*I need an attorney to push alia Moses to release me. Can't be an atty. from appt by Court as he will blow up my exposure to their fraud.*

I write to you for purpose to alert your office staff, and you *DSH* of the evidence enclosed whereby realization of Felony and Treason to the Constitution on the part of certain federal judges has occurred. In addition to the document(s) enclosed, I would hope that you will heed the Motion(s), Brief(s), Writ(s), and Affidavit(s) filed in the Western District of Texas, and specifically the San Antonio venue *+Waco* to clearly see the overly affirmed points of attack for proof of my actual innocence of the violation(s) of federal criminal statutory codes for which I have been (Fraudulently) convicted. (Emphasis Added)

To date, the document(s) have been evaded, which have all entered LIVE Docketed Action, since July of 2020, and are listed to wit:

Motion 'in the form of' Title 28 U.S.C. Section 2255
Motion To Compel Newly Discovered Evidence & Year 2020 Synopsis/Addendum
Dispositive Motion In Ex Parte Applicability
Motion To Compel Judicial Cognizance
Writ Of Error & An Affidavit Of Error-In-Fact & Affidavit For
Regress/Release/Recoupment
PART II Writ Of Error & An Affidavit Of Error-In-Fact & Affidavit For
Regress/Release/Recoupment

*+Now Quasi-Main Motion As Intro. + Motion For Governmental OPPOSITION...*
Now this enclosed PART III of above name mentioned.
So, your intervention is called upon for correction to this Fraud.

Thank You for your time as I look forward to hearing from you. And Now Motion In/For Governmental Opposition By Illustration Of Manifest Injustice, with Evidence Based Exculpatory, Vindicating Affirmation.

Submitted with utmost Sincerety

U.C.C. 1-308

Without Prejudice        Daniel Thomason Smith(c)