Case 6:16-cr-00039-AM Document 370 Filed 10/01/21 Page 1 of 4

FILED
October 01, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
OF THE WESTERN DISTRICT OF TEXAS
<u>WACO DIVISION</u>

Daniel Thomason Smith )
  VS. )  CASE NO. <u>6:20CV626</u>
UNITED STATES OF AMERICA Et. Al. )
   (CORPORATION) )  SUBSEQUENT TO: 6:16CR39
)

<u>SECONDARY MOTION FOR CONTINUOUS SERIOUS SUPPORTED RELIEF</u>

 COMES NOW: Daniel Thomason Smith, Claimant At Law, to request entrance into this Honorable Court, respectfully, for movement where this Court acknowledge a most fundamental error, in addition to the vast number of other errors, Intentionally and Pre-Meditatedly, which have been brought forth by this Claimant, the Affiant, the Deponent, in ALL of the 'loaded' and in excess of Fifteen Document(s)/Instrument(s) so the substantiation for MAJOR Reduction in Sentence is at stake, at a bare minimum, because the Law Suit(s) are 'not just gonna go away'.

 I refer specifically to:

 The Criminal History that this Court slammed me with, by claiming a Category 2 (TWO) upon My Name, and quite frankly MY NAME, Ens Legis, Illegally, so you could Increase/Enhance the sentence. Plain & Simply.

 While I have already claimed this Fundamental Error in several document(s), this Motion simply REiterates the point made, and by the way, that according to a Fraudulent P.S.I./P.S.R that I was "Gleaned" which is a LIE, because when I was teaching Tennis at a Private High School, the person in charge of Human Resources told me that she "ran" a "thorough investigation into my background and NOTHING came up like even a Pre-liminary Investigation of some F.B.I. Agency "gleaning" at me."[Emphasis Added].

 Nonetheless, the Category 2 (TWO) of a Criminal History is a <u>Fraud</u> committed upon/against me because even a Theft Charge in 2014 is NOT a Felony and was a misdemeanor and you utilized that and a D.W.I. charge of some 20 years in prior time to purport a Higher than ONE Category.

 This Document comes on the heels of the now filed into this Docket "ADDENDUM FOR PROOF OF CLAIM(S) TO FURTHER DEMONSTRATE ORIGINAL BREACH OF CONTRACT" so that I have completely covered (To Date) the Slander and Libel committed against me. (SEE: Prejudicial Remarks Directed At

by this Court on February 23, 2017) You blasted me with Prejudicial Remarks Directed Directly At Me in a Public Record, (Court of Law) which is both Written and Orally Defaming, and now the Reciprocity is 'set'.

I need not ramble about this Court knows must occur.

Therefore, <u>Conclusatory</u> Statement is avered for Plea to this Court <u>Prayerfully</u>, that a Dramatic Substantial Reduction of Sentence transpire so that Proper Adjudication reflect what shall be deemed as Correct, and what is Necessary for Responsibility under Law.

OPPOSING COUNSEL HAS BEEN SERVED

ATTESTATION ON PAGE __3__                This Date is September 21, 2021

## CERTIFICATE OF AFFIRMATION: COMPLIANCE: & SERVICE

I hereby affirm that I prepared and have read this Affidavit and that I believe the foregoing statements in this Affidavit to be true. I hereby further affirm that the basis of these beliefs is either my own direct knowledge of the legal principles and historical facts involved and with respect to which I hold myself out as an expert or statements made or documents provided to me by third parties whose veracity I reasonably assumed. Thus, statements are made under penalty of perjury. Further the Affiant sayeth naught.     U.C.C. 1-308

Without Prejudice
Without Recourse

Daniel Thomason Smith(c)
Authorized Representative &
In Behalf Of
DANIEL THOMASON SMITH(C)
Ens Legis

### COMPLIANCE

I certify that the foregoing brief is not more than 3 pages in length. I also certify that it is in compliance.

### SERVICE

I, Daniel Thomason Smith, do certify that I have read the following brief and that it is true and correct to the best of my ability. I also certify that, pursuant to 28 U.S.C. Section 1746, on the day of 20, IN the month of September 2021  I have placed a copy of the foregoing pleading in the United States Mail with U.S. Postage pre-paid and affixed thereto to be mailed to the following below by placing said pleading in the hands of prison officials here where I am located pursuant to the 'mailbox rule'. I am at F.C.C. Beaumont Low

Reg. # 29163-380
c/o P.O. Box 26040
Beaumont Texas   77720

Daniel Thomason Smith(c)

DISTRICT CLERK
U.S. Court House

800 Franklin Ave
Waco, TX. 76701

U.S. Attorney's Office   Gregory Surovic
601 N.W. Loop 410   Suite 600
San Antonio, Texas 78216

Page 3

Smith, Daniel
29163380
FCC Beaumont
(LOW)
P.O. Box 26020
Beaumont, Tx.
77720

NORTH HOUSTON TX 773
29 SEP 2021 PM 1 L

U.S. District Court
District Clerk
800 Franklin Ave.
Waco, Tx. 76701

76701-193480